**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| **Plaintiff** : | |
| V. : | **CRIMINAL NO. 15-063 (CKK)** |
| : | |
| DOUGLAS HUGHES : | |
| : | |
| **Defendant** : | |

**SUPPLEMENT TO DEFENDANT'S PROPOSAL CONCERNING
THE MANNER IN WHICH MR. HUGHES INTENDS TO RETAIN
ADDITIONAL COUNSEL IN ORDER TO ASSIST APPOINTED COUNSEL**

Douglas Hughes, through counsel, is filing this supplement in order to provide the Court with additional information about efforts to raise funds for Mr. Hughes's legal defense. Since the filing of the proposal earlier this week, counsel for Mr. Hughes has become aware of a second account that was established for the purpose of raising funds for Mr. Hughes's legal defense. The second account was not created by Mr. Hughes, Mark Goldstone, undersigned counsel, or anyone else directly associated with Mr. Hughes's legal defense. Rather, the account was established by a third party who is concerned about Mr. Hughes's fate. The second account is set up so that Mr. Hughes has <u>no</u> control over any of the funds entering the account. The person who established this account will relinquish all collected funds to Mr. Goldstone in light of the Court's acceptance of Mr. Hughes's proposal for adding Mr. Goldstone as co-counsel.

This second account was able to raise more than $9,900 – the account currently has $10,023.00. Thus, when factoring the $466.00 that has been collected through the GoFundMe legal defense fund that was mentioned in Mr. Hughes's initially filed proposal, Mr. Hughes has raised $589.00 more than the maximum amount Mr. Goldstone agreed to accept as his legal fee. Counsel for Mr. Hughes has been informed that the persons controlling the two legal defense funds will

inform any potential future donors that donations are no longer being accepted. None of the money in either account is accessible to Mr. Hughes – it can only be paid to Mark Goldstone.

In light of the Court's order permitting Mr. Goldstone to serve as co-counsel, Mr. Goldstone intends to accept the funds collected in each legal defense account. He will retain only $9,900.00 for his fee, and, depending on the Court's directive at the conclusion of the case, either return all donations that exceed $9,900.00 to the donors or have the excess deposited into the appropriate account for aiding in carrying out the provisions of the Criminal Justice Act. *See* 18 U.S.C. § 3006A(f).

In addition, Mr. Hughes's original proposal referred to an account set up for the purpose of aiding his wife and daughter. Mr. Hughes does not control those funds. All funds in this account go directly to his wife, and none of that money will be used for his legal defense.

            Respectfully submitted,

            A.J. KRAMER
            FEDERAL PUBLIC DEFENDER

                /s/
            Tony W. Miles
            Assistant Federal Public Defender
            625 Indiana Avenue, N.W., Suite 550
            Washington, D.C. 20004
            (202) 208-7500